USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2020

UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MODION MARITIME MANAGEMENT SA, individually and on behalf of M/V STEFANOS T (IMO No. 9583744), <br><br> Plaintiff, <br><br> -against- <br><br> O.W. BUNKER MALTA LIMITED, O.W. BUNKER MIDDLE EAST DMCC, GPS CHEMOIL LLC FZC, CHEMOIL MIDDLE EAST DMCC, ING BANK N.V. <br><br> Defendants. | 15-CV-8084 (VEC) |
| WESTERN BULK CARRIERS AS and WESTERN BULK CHARTERING AS individually and on behalf of M/V LONG LUCKY (IMO No. 9471654) <br><br> Plaintiffs, <br> -against- <br><br> O.W. BUNKER & TRADING A/S, O.W. SUPPLY & TRADING A/S, U.S. OIL TRADING, LLC AND ING BANK N.V. <br> Defendants. | 15-CV-8304 (VEC) |
| MINERVA MARINE INC., individually and on behalf of M/V MINERVA VERA (IMO No. 9411941), <br><br> Plaintiffs, <br> -against- <br><br> O.W. BUNKER MALTA LIMITED, SEKA S.A., and ING BANK N.V. <br> Defendants. | 15-CV-8724 (VEC) |

| | |
|---|---|
| FUJIAN OCEAN SHIPPING CO. LTD., individually and on behalf of M/V ZHENG RUN (IMO No. 9593816), and M/V ZHENG RONG (IMO No. 9593828)<br><br>        Plaintiffs,<br> -against-<br><br>O.W. BUNKER FAR EAST (S) PTE. LTD., EQUATORIAL MARINE FUEL MANAGEMENT SERVICES PTE LTD, SINANJU MARINE SERVICES PTE LTD, GLOBAL MARINE TRANSPORTATION PTE LTD, GLOBAL ENERGY TRADING PTE LTD and ING BANK N.V.<br><br>        Defendants. | 16-CV-401 (VEC) |
| NYK TRADING CORPORATION, individually and on behalf of M/V IMARI (IMO No. 9567776),<br><br>        Plaintiffs,<br> -against-<br><br>O.W. BUNKER & TRADING A/S, WILJO N.V., TRANSCOR ENERGY S.A., MARITIME BUNKERING & TRADING BVBA and ING BANK N.V.,<br><br>        Defendants. | 16-CV-674 (VEC) |

VALERIE CAPRONI, United States District Judge:

 WHEREAS on September 28, 2020, Defendant ING Bank N.V. ("ING") filed a Motion to Lift the Preliminary Injunctions in the five captioned cases above; and

 WHEREAS on October 14, 2020, Interpleader Plaintiffs responded in opposition to the Motion and on October 21, 2020, Defendant ING replied in support of the Motion;

IT IS HEREBY ORDERED that the parties must appear for a telephone conference on **Thursday, October 29, 2020, at 10:00 A.M.**  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 8084.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

**SO ORDERED.**

**Date:  October 27, 2020**  
      **New York, New York**

                                              **VALERIE CAPRONI**  
                                              **United States District Judge**