USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2020

UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MODION MARITIME MANAGEMENT SA, individually and on behalf of M/V STEFANOS T (IMO No. 9583744),

Plaintiff,

-against-

O.W. BUNKER MALTA LIMITED, O.W. BUNKER MIDDLE EAST DMCC, GPS CHEMOIL LLC FZC, CHEMOIL MIDDLE EAST DMCC, ING BANK N.V.

Defendants.

15-CV-8084 (VEC)

WESTERN BULK CARRIERS AS and WESTERN BULK CHARTERING AS individually and on behalf of M/V LONG LUCKY (IMO No. 9471654)

Plaintiffs,

-against-

O.W. BUNKER & TRADING A/S, O.W. SUPPLY & TRADING A/S, U.S. OIL TRADING, LLC AND ING BANK N.V.

Defendants.

15-CV-8304 (VEC)

**ORDER**

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 29, 2020, the parties appeared for a telephone conference;

IT IS HEREBY ORDERED that for the reasons stated at the conference, the parties must meet and confer to determine whether they can agree upon the text of a joint letter to the arbitral panels in London, informing them that a stay has been entered in the two captioned cases above

and that the parties are not currently in a position to move forward in the arbitrations. The parties must submit a joint letter to this Court updating the Court on the status of such a letter by no later than **Thursday, November 12, 2020**.

IT IS FURTHER ORDERED that the parties must inform the court by no later than **Thursday, November 12, 2020**, whether they would like a referral to their assigned Magistrate Judge for a settlement conference.

**SO ORDERED.**

**Date: October 29, 2020**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**