**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

**MODION MARITIME MANAGEMENT SA, et al.,**

                                         **Plaintiffs,**

                    -against-

**O.W. BUNKER MALTA LIMITED, et al.,**

                                         **Defendants.**

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 12/22/2020
```

**15-CV-08084 (VEC)(SN)**

**SETTLEMENT CONFERENCE
ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        A settlement conference is scheduled for Wednesday, March 3, 2021, at 10:00 a.m. and

will be held telephonically. The Court will provide dial-in information by email before the

conference.

        The parties are directed to review and comply with the Procedures for Cases Referred for

Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's

website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to

engage in good-faith settlement negotiations before the settlement conference and preferably

before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment

Forms, which are to be submitted by Wednesday, February 24, 2021.  Should the parties resolve

the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

DATED:     December 22, 2020
               New York, New York

_____
SARAH NETBURN
United States Magistrate Judge