USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/2021

UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MODION MARITIME MANAGEMENT SA, individually and on behalf of M/V STEFANOS T (IMO No. 9583744),<br><br>　　　　　　　　Plaintiff,<br><br>　-against-<br><br>O.W. BUNKER MALTA LIMITED, O.W. BUNKER MIDDLE EAST DMCC, GPS CHEMOIL LLC FZC, CHEMOIL MIDDLE EAST DMCC, ING BANK N.V.<br><br>　　　　　　　　Defendants. | 15-CV-8084 (VEC) |
| WESTERN BULK CARRIERS AS and WESTERN BULK CHARTERING AS individually and on behalf of M/V LONG LUCKY (IMO No. 9471654)<br><br>　　　　　　　　Plaintiffs,<br>　-against-<br><br>O.W. BUNKER & TRADING A/S, O.W. SUPPLY & TRADING A/S, U.S. OIL TRADING, LLC AND ING BANK N.V.<br>　　　　　　　　Defendants. | 15-CV-8304 (VEC) |

**ORDER**

VALERIE CAPRONI, United States District Judge:

　　WHEREAS on March 7, 2016, ING Bank N.V. ("ING") filed a motion to dismiss the complaint or in the alternative to compel arbitration in *Modion Maritime Management SA et al v. O.W. Bunker Malta Limited et al.*, 15-CV-8084, Dkt. 31; and

WHEREAS on March 7, 2016, ING filed a motion to compel arbitration in *Western Bulk Carriers AS v. O.W. Bunker & Trading A/S et al.*, 15-CV-8304, Dkt. 27;

IT IS HEREBY ORDERED that oral argument on ING's motions will be held on **Thursday, April 22, 2021, at 11:00 A.M.**

IT IS FURTHER ORDERED that the oral argument will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that interested members of the public may attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 8084.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

Date:  April 2, 2021
New York, New York

_____
VALERIE CAPRONI
United States District Judge

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.