USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2021

UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MODION MARITIME MANAGEMENT SA, individually and on behalf of M/V STEFANOS T (IMO No. 9583744),<br><br>                           Plaintiff,<br><br>    -against-<br><br>O.W. BUNKER MALTA LIMITED, O.W. BUNKER MIDDLE EAST DMCC, GPS CHEMOIL LLC FZC, CHEMOIL MIDDLE EAST DMCC, ING BANK N.V.<br><br>                         Defendants. | 15-CV-8084 (VEC) |
| WESTERN BULK CARRIERS AS and WESTERN BULK CHARTERING AS individually and on behalf of M/V LONG LUCKY (IMO No. 9471654)<br><br>                          Plaintiffs,<br><br>    -against-<br><br>O.W. BUNKER & TRADING A/S, O.W. SUPPLY & TRADING A/S, U.S. OIL TRADING, LLC AND ING BANK N.V.<br><br>                         Defendants. | 15-CV-8304 (VEC) |

## ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 7, 2016, ING Bank N.V. ("ING") filed a motion to dismiss the

complaint for lack of personal jurisdiction or in the alternative to compel arbitration in *Modion*

*Maritime Management SA et al v. O.W. Bunker Malta Limited et al.*, 15-CV-8084, Dkt. 31;

WHEREAS on March 7, 2016, ING filed a motion to compel arbitration in *Western Bulk Carriers AS v. O.W. Bunker & Trading A/S et al.*, 15-CV-8304, Dkt. 27; and

WHEREAS on April 22, 2021, the parties appeared for oral argument on both sets of motions;

IT IS HEREBY ORDERED that for the reasons stated at the hearing, ING's motion to dismiss the complaint in *Modion*, 15-CV-8084, for lack of personal jurisdiction is DENIED.

IT IS FURTHER ORDERED that for the reasons stated at the hearing, a written opinion will be forthcoming regarding the motions to compel arbitration filed in both matters.  By no later than **Thursday, May 6, 2021**, ING must inform the Court whether it plans to appeal the Court's planned denial of these motions; if it does not, the Court will then set a discovery schedule.  If it does, a written opinion will follow.

The Clerk of Court is respectfully directed to lift the stays in both cases.

**SO ORDERED.**

**Date:  April 22, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**