USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/2021

UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MODION MARITIME MANAGEMENT SA, individually and on behalf of M/V STEFANOS T (IMO No. 9583744),<br><br>                            Plaintiff,<br><br>-against-<br><br>O.W. BUNKER MALTA LIMITED, O.W. BUNKER MIDDLE EAST DMCC, GPS CHEMOIL LLC FZC, CHEMOIL MIDDLE EAST DMCC, ING BANK N.V.<br><br>                            Defendants. | 15-CV-8084 (VEC) |
| WESTERN BULK CARRIERS AS and WESTERN BULK CHARTERING AS individually and on behalf of M/V LONG LUCKY (IMO No. 9471654)<br><br>                            Plaintiffs,<br><br>-against-<br><br>O.W. BUNKER & TRADING A/S, O.W. SUPPLY & TRADING A/S, U.S. OIL TRADING, LLC AND ING BANK N.V.<br><br>                            Defendants. | 15-CV-8304 (VEC) |

**ORDER**

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 7, 2016, ING Bank N.V. ("ING") filed a motion to dismiss the complaint for lack of personal jurisdiction or in the alternative to compel arbitration in *Modion Maritime Management SA et al. v. O.W. Bunker Malta Limited et al.* ("*Modion*"), 15-CV-8084, Dkt. 31;

WHEREAS on March 7, 2016, ING filed a motion to compel arbitration in *Western Bulk Carriers AS v. O.W. Bunker & Trading A/S et al.* ("*Western Bulk*"), 15-CV-8304, Dkt. 27;

WHEREAS on March 3, 2017, *Modion*, 15-CV-8084, and *Western Bulk*, 15-CV-8304, were stayed pending litigation of other test cases, 14-CV-9287, Dkt. 229 (staying the related cases);

WHEREAS on April 22, 2021, the parties appeared for oral argument on both sets of motions; and

WHEREAS on April 22, 2021, the Court denied ING's motion to dismiss the complaint for lack of personal jurisdiction in *Modion*, 15-CV-8084, and lifted the stays in both matters, Dkt. 77;

IT IS HEREBY ORDERED that for the reasons stated at the hearing, ING's motions to compel arbitration in both matters are DENIED. *See* Tr., 15-CV-8304, Dkt. 89 at 27–37; Tr., 15-CV-8084, Dkt. 80 at 27–37.

The Clerk of Court is respectfully directed to close the open motions at 15-CV-8304, Dkt. 27 and 15-CV-8084, Dkt. 31.

**SO ORDERED.**

Date: May 10, 2021
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**